**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00107-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

ROGER LEE HAYNES, and
ROGER LEE HAYNES JUNIOR,

     Plaintiffs,

v.

UNION PACIFIC RAILROAD CO.,
ANTONIO ROBERTSON, and
AUDREY ANN DINGMAN ROBERTSON,

     Defendants.

---

**ORDER DIRECTING MR. HAYNES TO CURE DEFICIENCIES**

---

On January 14, 2014, Mr. Haynes submitted an "Affidavit of Financial Status in Support to Application for Appointment of Counsel" and forty-seven additional pages of correspondence, court orders, statements, and miscellaneous items. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(A), the Court has determined that the documents are deficient as described in this Order. Mr. Haynes will be directed to cure the following if he wishes to pursue any claims in this Court in this action. Any papers that Mr. Haynes files in response to this Order must include the civil action number on this Order.

Mr. Haynes also included with the attached documents an order that was entered in the United States District Court for the District of Kansas (District of Kansas) in

*Haynes v. Union Pacific Railroad, et al.*, No. 00-01321-JTM (D. Kan. Dec. 8, 2000). *See* ECF No. 1 at 14-32. This action concerned Mr. Haynes' on-the-job injury and termination of employment by Union Pacific Railroad on March 7, 1988. *Id.* at 31. The case was dismissed as barred by the statutes of limitations, and Mr. Haynes was enjoined from filing any further actions in the District of Kansas that arise out of the injury and the subsequent March 7 termination. *Id.* Mr. Haynes is warned that this Court does not tolerate the abuse of the federal court system and any attempt by Mr. Haynes to relitigate the issues that were addressed by the District of Kansas in Case No. 00-1321-JTM will result in the same filing restrictions in this Court that are in place in the District of Kansas.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  _X_  is not submitted (It is not clear if Roger Lee Haynes and Roger Lee Haynes Jr. are the same person. If they are not the same person a § 1915 motion must  must be provided for each named Plaintiff)
(2)  ___  is missing affidavit
(3)  ___  is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)  ___  is missing certificate showing current balance in prison account
(5)  ___  is missing required financial information
(6)  ___  is missing authorization to calculate and disburse filing fee payments
(7)  ___  is missing an original signature by the prisoner
(8)  ___  is not on proper form (Must use Court-approved form revised October 1, 2012)
(9)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(10) ___  other: _____

**Complaint, Petition or Application**:

(11) _X_  is not submitted
(12) ___  is not on proper form
(13) ___  is missing an original signature by the prisoner
(14) ___  is missing page nos. ___
(15) ___  uses et al. instead of listing all parties in caption
(16) ___  names in caption do not match names in text

(17) __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application

(18) __   other:

Accordingly, it is

ORDERED that Mr. Haynes cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Haynes files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Haynes shall obtain the Court-approved Complaint form and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Haynes fails to cure the designated deficiencies, **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED January 15, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge